# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1431
_____

CHASE DUSTIN RHODEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

September 23, 2022

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Susan Ward, Assistant Public Defender, Starke; John Lyon Broling, Assistant Regional Counsel, Gainesville; Candice Kaye Brower, Regional Counsel, and Melissa Joy Ford, Assistant Regional Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Steven Edward Woods, Assistant Attorney General, Tallahassee, for Appellee.